1  Guy B. Wallace, State Bar No. 176151
2  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
3  San Francisco, CA 94104
   Telephone:  (415) 421-7100
4  Facsimile:   (415) 421-7105
   TTY:  (415) 421-1655
5
6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11

12 DAVID JAULUS, by his guardian ad litem;        No.  C-04-3992; C-05-00662 MHP
   and JOANNE JAULUS,
13                                                  CLASS ACTION
                    Plaintiffs,
14                                                  [PROPOSED] ORDER GRANTING MOTION
   v.                                                 TO WITHDRAW AS COUNSEL
15
   SAN RAFAEL CITY SCHOOLS
16 ("DISTRICT"); LAURA D. ALVARENGA,
   in her official capacity as
17 SUPERINTENDENT; et al.

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

SCHNEIDER
& WALLACE

Jaulus v. San Rafael City Schools, et. al., C-04-3992; C-05-00662 MHP
[proposed] Order Granting Motion to Withdraw as Counsel

1

**<u>ORDER</u>**

2      Having considered the Motion to Withdraw as Counsel filed by Schneider & Wallace,

3 counsel of record in the above-captioned matters, and having considered the papers filed in support

4 of the Motion to Withdraw as Counsel, and GOOD CAUSE APPEARING therefore, the Court

5 hereby **GRANTS** the Motion to Withdraw as Counsel.

6      IT IS SO ORDERED.

7

8 Dated: ~~June~~ _July 25_ _____, 2006



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

*Jaulus v. San Rafael City Schools, et. al.*, C-04-3992; C-05-00662 MHP
[proposed] Order Granting Motion to Withdraw as Counsel