United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAULUS, by his guardian ad litem; and JOANNE JAULUS,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>SAN RAFAEL CITY SCHOOLS, et al.,<br><br>    Defendant(s).<br>_____/ | Nos. C-04-3992 and<br>C-05-0662 MHP<br><br>**ORDER OF ADMINISTRATIVE CLOSURE AND STAY** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause, with the settlement contemplating the continuing jurisdiction of this Court,

IT IS HEREBY ORDERED that this cause be administratively closed and all proceedings stayed; provided, however, that if any party hereto shall certify by letter or other paper to this Court, with proof of service of a copy thereof on all counsel, that enforcement of one of the terms of settlement requires enforcement by the court, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial and such other proceedings as may be appropriate.

Date: 12/1/06

MARILYN HALL PATEL
United States District Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2