SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
DAMARA MOORE, State Bar No. 215678
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA  94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
SAN RAFAEL CITY SCHOOLS; LAURA D. ALVARENGA, in her
official capacity as Superintendent; JON LOBERG, in his official
capacity as President of the School Board; JENNY CALLAWAY, in
her official capacity as Vice President of the School Board; GREG
KNELL, and NAYU TUATAGALOA, in their official capacities as
members of the School Board; and DEBORAH DALY, in her
individual capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAULUS, by his guardian ad litem; and JOANNE JAULUS,,<br><br>Plaintiffs,<br><br>v.<br><br>SAN RAFAEL CITY SCHOOLS; LAURA D. ALVARENGA, in her official capacity as Superintendent; JON LOBERG, in his official capacity as President of the School Board; JENNY CALLAWAY, in her official capacity as Vice President of the School Board; GREG KNELL, and NAYU TUATAGALOA, in their official capacities as members of the School Board; DEBORAH DALY, in her individual capacity as Director of Special Education,<br><br>Defendants. | Case No.  CV-05-00662 MHP<br><br>**SUBSTITUTION OF COUNSEL** |

*Left margin:* MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA  94105

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that SAN RAFAEL CITY SCHOOLS, LAURA D. ALVARENGA, in her official capacity as Superintendent; JON LOBERG, in his official capacity as President of the School Board; JENNY CALLAWAY, in her official capacity as Vice President of the School Board GREG KNELL and NAYU TUATAGALOA, in their official capacities as members of the school board; and DEBORAH DALY, in her personal and official capacity as Director of Special Education makes the following substitution: Sue Ann Salmon Evans, Amy R. Levine and Damara Moore of the law firm of Miller Brown & Dannis, 71 Stevenson, 19th Floor, San Francisco, CA 94105 (telephone 415-543-4111) are hereby substituting in as legal counsel of record for the above named District Defendants, in place and instead of former legal representatives, Ruiz & Sperow.   Miller Brown & Dannis are also substituted for Stubbs & Leone on behalf of Deborah Daly in her individual capacity.  Please direct all future notices, pleadings, documents and correspondence in this action to the offices of Miller Brown & Dannis, Attention Amy R. Levine.

I consent to this substitution.

Dated: October 29, 2007

_Susan Palmer_

Susan Palmer, Director of Special Education
San Rafael City Schools, on behalf of
San Rafael City School Defendants

I consent to this substitution:

DATED: _____

RUIZ & SPEROW

By: _____
CELIA M. RUIZ
Former Legal Counsel

2

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that SAN RAFAEL CITY SCHOOLS, LAURA D. ALVARENGA, in her official capacity as Superintendent; JON LOBERG, in his official capacity as President of the School Board; JENNY CALLAWAY, in her official capacity as Vice President of the School Board GREG KNELL and NAYU TUATAGALOA, in their official capacities as members of the school board; and DEBORAH DALY, in her personal and official capacity as Director of Special Education makes the following substitution: Sue Ann Salmon Evans, Amy R. Levine and Damara Moore of the law firm of Miller Brown & Dannis, 71 Stevenson, 19th Floor, San Francisco, CA 94105 (telephone 415-543-4111) are hereby substituting in as legal counsel of record for the above named District Defendants, in place and instead of former legal representatives, Ruiz & Sperow.  Miller Brown & Dannis are also substituted for Stubbs & Leone on behalf of Deborah Daly in her individual capacity.  Please direct all future notices, pleadings, documents and correspondence in this action to the offices of Miller Brown & Dannis, Attention Amy R. Levine.

I consent to this substitution.

Dated: October ___, 2007

_____
Susan Palmer, Director of Special Education
San Rafael City Schools, on behalf of
San Rafael City School Defendants

I consent to this substitution:

DATED: _Oct 22, 2007_                    RUIZ & SPEROW

By: _Celia M. Ruiz_____
CELIA M. RUIZ
Former Legal Counsel

2

DATED: 10.24.07                          STUBBS & LEONE

                                         By: _____
                                         LOUIS A. LEONE
                                         Former Legal Counsel for Deborah Daly in her
                                         individual capacity

DATED: 10-24-07                          MILLER BROWN & DANNIS

                                         By: _____
                                         SUE ANN SALMON EVANS
                                         AMY R. LEVINE
                                         SARAH L. DANIEL
                                         Attorneys for Defendants
                                         SAN RAFAEL CITY SCHOOLS;
                                         LAURA D. ALVARENGA, in her official
                                         capacity as Superintendent;
                                         JON LOBERG, in his official capacity as
                                         President of the School Board;
                                         JENNY CALLAWAY, in her official capacity
                                         as Vice President of the School Board;
                                         GREG KNELL and NAYU TUATAGALOA,
                                         in their official capacities as members of the
                                         School Board; and
                                         DEBORAH DALY, in her individual capacity
                                         as Director of Special Education

                      10/30/2007

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

3